**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHERYL LOUISE MARCHESE,

      Plaintiff,

v.                                 CASE NO.  4:18cv109-RH/GRJ

FLORIDA STATE HOSPITAL et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and

recommendation, ECF No. 13. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's

opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice." The clerk must close the file.

SO ORDERED on September 4, 2018.

                             s/Robert L. Hinkle
                             United States District Judge